FILED
2020 Jun-01 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA



**BOND, BOTES, REESE & SHINN, P.C.**

Mark W. Bond, Retired
Bradford W. Botes*
J. Suzanne Shinn
Robert D. Reese
Grafton M. Weinacker**
Monica S. Blanding

Mailing address:
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244

P: 205-802-2200   F: 205-802-2209

2107 5th Avenue N., Suite 100
Birmingham, Alabama 35203

bondandbotes.com

3/17/2020

Mountain Run Solutions, LLC
313 E. 1200 S., Suite 102
Orem, UT 84058

**Client Name:** Karlos Carlisle
**Address:**
**Social Sec.:**

To Whom It May Concern:

**Please be advised that this office represents the above-referenced individual(s) to assist in the matter of debt relief.**

Please direct all future communications to this office. Please do not contact the above-referenced individual(s) directly. Upon receipt of this letter, any further direct or indirect contacts with the above-referenced individual(s) must be terminated.

The purpose of this letter is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes and contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect.

In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you.

If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

Sincerely,

/s/ Bradford W. Botes
Bradford W. Botes
Attorney at Law

BWB/sjr

Birmingham, AL | Montgomery, AL | Opelika, AL | Florence, AL | Hayleyville, AL | Decatur, AL | Huntsville, AL
Anniston, AL | Gadsden, AL | Mobile, AL | Jackson, MS | Hattiesburg, MS | Vicksburg, MS | Knoxville, TN

*Board Certified in Consumer Bankruptcy Law by the American Board of Certification.   Also admitted in Illinois, Mississippi and Tennessee
**Also admitted in Montana.



EXHIBIT
Group
A

US POSTAGE

NEOPOST
FIRST-CLASS MAIL
$000.50⁰
03/17/2020 ZIP 46227
042L14807323

Mountain Run Solutions, LLC
313 E. 1200 S., Suite 102
Orem, UT 84058

Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244



**BOND, BOTES, REESE & SHINN, P.C.**

Mark W. Bond, Retired
Bradford W. Botes*
J. Suzanne Shinn
Robert D. Reese
Grafton M. Weinacker**
Monica S. Blanding

Mailing address:
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244

P: 205-802-2200  F: 205-802-2209

2107 5th Avenue N., Suite 100
Birmingham, Alabama 35203

bondandbotes.com

3/19/2020

Mountain Run Solutions, LLC
313 E. 1200 S., Suite 102
Orem, UT 84058

**Client Name:** Karlos Carlisle
**Address:** ▇▇▇▇▇▇▇▇▇▇▇ AL
**Social Sec.:** ▇▇▇▇▇▇▇▇

To Whom It May Concern:

  **Please be advised that this office represents the above-referenced individual(s) to assist in the matter of debt relief.**

  Please direct all future communications to this office. Please do not contact the above-referenced individual(s) directly. Upon receipt of this letter, any further direct or indirect contacts with the above-referenced individual(s) must be terminated.

  The purpose of this letter is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes and contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

  Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect.

  In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you.

  If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

                 Sincerely,

                 /s/ Bradford W. Botes
                 Bradford W. Botes
                 Attorney at Law

BWB/sjr

---

Birmingham, AL | Montgomery, AL | Opelika, AL | Florence, AL | Hayleyville, AL | Decatur, AL | Huntsville, AL
Anniston, AL | Gadsden, AL | Mobile, AL | Jackson, MS | Hattiesburg, MS | Vicksburg, MS | Knoxville, TN

*Board Certified in Consumer Bankruptcy Law by the American Board of Certification. Also admitted in Illinois, Mississippi and Tennessee.
**Also admitted in Montana.

Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane, Suite 140
Birmingham, Alabama 35244

US POSTAGE
NEOPOST
FIRST-CLASS MAIL
$000.50⁰
03/19/2020 ZIP 46227
042L14807323

Mountain Run Solutions, LLC
313 E. 1200 S., Suite 102
Orem, UT 84058