

**TRANSUNION CONSUMER CREDIT REPORT**

| Subscriber Name: | JOHN STEINKA |
|---|---|
| Subscriber Code/Market: | P 2327048 08 22 |
| Results Issued: | 5/18/20 11:58 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

| Reference ID: | |
|---|---|
| SSN: | |
| Name: | Carlisle, Karlos |
| Current Address: | AL |

**CARLISLE, KARLOS A.**

| Also Known As: | SSN: | Phone: | In File Since: 7/05 |
|---|---|---|---|
| PEOPLES, CARLOS | Date of Birth: | | |

| Current Address: | Previous Address: | Previous Address: |
|---|---|---|
| Reported 10/17 | Reported 1/16 | |

**EMPLOYMENT**

| SWIFT TRANSPORTATION | Position: | Start: | In File Since: 8/19 |
| | | End: | Effective: 7/19 |

| PODS ENTERPRISES | Position: | Start: | In File Since: 7/17 |
| | | End: | Effective: 7/17 |

**COLLECTIONS**

MOUTAINRUNSO (Y 2FW9001)    Account                                                    Account Rating  O9B
Original Creditor: VIVINT(personalServices)   Remarks: PLACED FOR COLLECTION    Amount Placed: $3,539    Opened: 6/17
Account Type: OPEN                                                                     Balance: $3,539    Paid:
Responsibility: I                                                                      Past Due: $0       Closed:
                                                                                       Last Payment:      Verified: 5/20
                                                                                                          Update Method: automated

Delinquency    Maximum:                 Payment Pattern
               Amount:                  Start Date:
               Date:



EXHIBIT
Group B

# experian.

## Credit Profile Report

Carlisle,Karlos 422351970;CA-1822 Bessemer Road/Birmingham AL 35208;VERIFY;T-0B......;VERIFY-Y2/RM/J2;K-PH;

### Applicant

05/18/2020-11:59:24 AM CT

### Personal Information

| Best Name | Other Name(s) | |
|---|---|---|
| KARLOS CARLISLE | *CARL SCARLISLE | |
| | *Does not match inquiry | |
| Best Social Security number | Other Social Security number(s) | Date of Birth |

| Best Address | Other Address(es) | |
|---|---|---|
| Single-family dwelling | Single-family dwelling | Single-family dwelling |
| Reported 7 time(s) from 04/19/2018 to 10/05/2019 | Reported 12/19/2008 to 12/13/2018 by Manual Data | Reported 1 time(s) from 03/19/2014 to 12/16/2017 by Update |
| Last subscriber 1388830 by Update | *Does not match inquiry | *Does not match inquiry |

| Best Employer | Other Employer |
|---|---|

### Messages

#### Informational Messages

| Type | Message |
|---|---|
| | 0084 SSN MATCHES |

### Profile Summary

| | | Disputed Accounts: | 0 | Delinquency Counter: (Past 7 years) | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 1 | 22 | 99 |
| Public Records: | | Past Due Amount: | | Total Inquiries: | | Satisfactory Accts: | | |
| Installment Bal: | | Monthly Pay: | | Inquiries (last 6 mo): | | Now Delinq/Derog: | | |
| Real Estate Bal: | | Real Estate Pay: | | Total Tradelines: | | Was Delinq/Derog: | | |
| Revolving Bal: | | Revolving Avail: | | Paid Accounts: | | Oldest Tradeline: | | |
| *000 | | | | | | | | |

### Creditors

#### Installment Accounts

Dispute resolved - consumer disagrees

TELECOM SELF-REPORTED / 2886930 / UT - Telephone Companies



Original creditor: CHKG/METROPCS

*MOUNTAIN RUN SOLUTIONS / 1934747 / YC - Other Collection Agencies

| Open Date | Original Amount | Status Date | Past Due | Last Paid Date | Balance Date | Current Balance |
|---|---|---|---|---|---|---|
| 06/05/2017 | $3,539 | 06/2017 | | | 05/16/2020 | $3,539 |

Account Condition:

Payment Status: Seriously past due

Account Type: Debt Buyer

Account #: ▮▮▮▮▮

Responsibility: Individual

Account Terms: 1 Month

Payment History: (Up to 25 months)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 9 | 9 | 9 | 9 | 9 | | | | | | | |
| 2019 | | | | | | | | | | 9 | 9 | 9 |

| | 30 | 60 | 90+ | Derog |
|---|---|---|---|---|
| Delinquency Counter: (Past 7 years) | 0 | 0 | 0 | 8 |

Worst Delinquency:

Worst Delinq Date:

Months Reviewed: 8

Original creditor: VIVINT